JOHN L. BURRIS, ESQ., SBN 69888
LATEEF GRAY, ESQ., SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CARDENAS, an individual; L.V., by and through her Guardian Ad Litem RUBY CARDENAS; L.M., by and through her Guardian Ad Litem RUBY CARDENAS; and DAVID ORTIZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; CITY OF OAKLAND, a municipal corporation; SCOTT SEDER, RICHARD COGLIO, VICTOR GARCIA, and DOES 1-25, individually and in their official capacities,<br><br>Defendants. | CASE NO.: 3:16-cv-05205-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE & HEARING ON DEFENDANT COUNTY OF ALAMEDA'S MOTION TO DISMISS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　IT IS HEREBY STIPULATED by and between Plaintiffs RITA CARDENAS, L.V. and L.M., by and through their Guardian Ad Litem RUBY CARDENAS, and DAVID ORTIZ and

Defendants COUNTY OF ALAMEDA, CITY OF OAKLAND, SCOTT SEDER, RICHARD COGLIO & VICTOR GARCIA, through their counsel of record, as follows:

WHEREAS, Counsel for Plaintiff is unable to appear at the hearing on Defendant's Motion to Dismiss presently set for December 8, 2016 at 8:00 a.m. and the Case Management Conference set for December 8, 2016 at 11:00 a.m. before the Honorable Judge Alsup due to a pre-existing jury trial in another matter.

Counsel for Plaintiff has a jury trial scheduled in the matter of the People of the State of California v. Gary Miller (Superior Court Number 1840941-1) in Contra Costa County Superior Court.

///

The parties agree that it is in the interests of judicial economy and justice, and that all would benefit from a continuance of the hearing on Defendant County of Alameda's Motion to Dismiss and the Case Management Conference to January 12, 2017, or at a time that suits the Court.

The briefing schedule is to remain unchanged.

Dated: November 28, 2016　　　　**LAW OFFICES OF JOHN L. BURRIS**
　　　　　　　　　　　　　　　　　　*/s/ Lateef H. Gray*
　　　　　　　　　　　　　　　　　　LATEEF H. GRAY
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


Dated: November 28, 2016　　　　**BERTRAND, FOX, ELLIOT, OSMAN &WENZEL**
　　　　　　　　　　　　　　　　　　*\*/s/ Amy Leifur Halby*
　　　　　　　　　　　　　　　　　　AMY LEIFUR HALBY
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　County of Alameda
　　　　　　　　　　　　　　　　　　*Ms. Halby has given permission for this document to be filed electronically.

STIPULATION AND [PROPOSED] ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE & HEARING ON DEFENDANT'S MOTION TO DISMISS

2

| | | |
|---|---|---|
| 1 | Dated: November 28, 2016 | **OAKLAND CITY ATTORNEY'S OFFICE**<br>*/s/ Kimberly A. Bliss*<br>KIMBERLY A. BLISS<br>Attorney for Defendant<br>CITY OF OAKLAND, SCOTT SEDER, RICHARD COGLIO AND VICTOR GARCIA<br>*Ms. Bliss has given permission for this document to be filed electronically. |

STIPULATION AND [PROPOSED ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE & HEARING ON

DEFENDANT'S MOTION TO DISMISS

3

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, and GOOD CAUSE APPEARING, the hearing on Defendant's Motion to dismiss is continued to January 12, 2017 at __8:00 a.m.__. The briefing schedule is to remain unchanged.

```
          The case management conference shall occur at the same time.
```

**SO ORDERED.**

Dated: November __29__, 2016            
                                        _____
                                        Honorable Judge Alsup

STIPULATION AND [PROPOSED ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE & HEARING ON DEFENDANT'S MOTION TO DISMISS

4