IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CARDENAS, an individual, L.V., by and through her guardian *ad litem* Ruby Cardenas, L.M., by and through her guardian *ad litem* Ruby Cardenas, and DAVID ORTIZ, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ALAMEDA, a municipal corporation, COLBY STAYSA, MATTHEW FARRUGGIA, MICHAEL BUCKHOUT, VICTOR FOX, RAMSEY JACKSON, JAMES MCGRAIL, VICTOR RAMIREZ, and DOES 1–25, individually and in their official capacities,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 16-05205 WHA<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　Defendants shall have until March 23, 2017, to file and serve their responsive pleading to the first amended complaint. Any motion to dismiss will be heard on **APRIL 27, AT 8:00 A.M.** The case management conference scheduled for April 6 is also **CONTINUED** to **APRIL 27, AT 8:00 A.M.** The parties shall submit a joint case management statement **SEVEN CALENDAR DAYS** prior to the hearing.

　　　Both sides shall please endeavor to make requests when the circumstances necessitating such requests arise, rather than at the last minute.

　　　**IT IS SO ORDERED.**

Dated:　　March 2, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE