IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CARDENAS, an individual, L.V., by and through her guardian *ad litem* Ruby Cardenas, L.M., by and through her guardian *ad litem* Ruby Cardenas, and DAVID ORTIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ALAMEDA, a municipal corporation, COLBY STAYSA, MATTHEW FARRUGGIA, MICHAEL BUCKHOUT, VICTOR FOX, RAMSEY JACKSON, JAMES MCGRAIL, VICTOR RAMIREZ, and DOES 1–25, individually and in their official capacities,<br><br>Defendants. | No. C 16-05205 WHA<br><br>**NOTICE RE HEARING ON MOTION TO DISMISS** |

At the July 13 hearing, the defendants should be prepared to hand up police reports indicating which officer engaged in each specific act alleged in the proposed second amended complaint to the extent that such identification is possible, so that the Court can determine who can be sued for which. The defendants should also be prepared to explain for which acts they are unable to identify a particular officer.

**IT IS SO ORDERED.**

Dated: June 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE