| | |
|---|---|
| John L. Burris, State Bar No. 69888 | Michael C. Wenzel, State Bar No. 215388 |
| Lateef Gray, State Bar No. 250055 | Amy Leifur Halby, State Bar No. 287216 |
| James Cook, State Bar No. 300212 | BERTRAND, FOX, ELLIOT, |
| LAW OFFICES OF JOHN L. BURRIS | OSMAN & WENZEL |
| 7677 Oakport Street, Suite 1120 | The Waterfront Building |
| Oakland, California 94621 | 2749 Hyde Street |
| Telephone: (510) 839-5200 | San Francisco, California 94109 |
| Facsimile: (510) 839-3882 | Telephone: (415) 353-0999 |
| | Facsimile: (415) 353-0990 |
| Attorney for Plaintiffs | Email: mwenzel@bfesf.com |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CARDENAS, an individual, L.V., by and through her guardian ad Litem Ruby Cardenas, L.M., by and through her guardian ad Litem Ruby Cardenas, and DAVID ORTIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BUCKHOUT, individually and in his capacity as a Deputy for the County of Alameda Sheriff's Department; VICTOR FOX, individually and in his capacity as a Deputy for the County of Alameda Sheriff's Department; VICTOR RAMIREZ, individually and in his capacity as a Deputy for the County of Alameda Sheriff's Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 3:16-cv-05205 WHA<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Kandis A. Westmore** |

## STIPULATION

Defendants MICHAEL BUCKHOUT, VICTOR FOX, and VICTOR RAMIREZ and plaintiffs RITA CARDENAS, L.V. and L.M., by and through their Guardian Ad Litem RUBY CARDENAS, and DAVID ORTIZ, by and through their respective attorneys of record, hereby stipulate as follows:

1. By telephone conference held on December 12, 2017, the Settlement Conference before Magistrate Judge Kandis A. Westmore was set for April 6, 2018.

2. The parties respectfully request that the Settlement Conference be rescheduled in order to permit the parties to engage in required pre-conference discovery which has been subject to repeated and ongoing delays due to the availability of the parties and counsel which has inhibited the scheduling of plaintiffs' depositions. Absent a continuance, the parties will be unable to meaningfully participate in the conference.

3. For all the good cause stated above, the parties respectfully request this Court continue the Settlement Conference from April 6, 2018 to June 15, 2018. Defense counsel has contacted Courtroom Deputy Susan Imbriani and were advised of the availability of the new date, June 15, 2018, for the Settlement Conference.

4. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: March 5, 2018                              LAW OFFICES OF JOHN L. BURRIS

                                                  By:    */s/ James Cook*
                                                         James Cook
                                                         Attorney for Plaintiffs

Dated: March 5, 2018                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                  By:    */s/ Michael Wenzel*
                                                         Michael C. Wenzel
                                                         Amy Leifur Halby
                                                         Attorneys for Defendants MICHAEL BUCKHOUT,
                                                         VICTOR FOX and VICTOR RAMIREZ

**ELECTRONIC CASE FILING ATTESTATION**

I, Michael W. Wenzel, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

                                                  By:    */s/ Michael Wenzel*
                                                         Michael C. Wenzel

# **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED. The Settlement Conference currently set for April 6, 2018 is continued to June 15, 2018 at ~~10:00~~ 11:00 a.m.

**IT IS SO ORDERED.**

Dated: 3/6/18

KANDIS A. WESTMORE
United States Magistrate Judge